No. 05–6255.  LUNDY v. BOOKER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 05–6264.  HYPOLITE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–6266.  HUDSON v. M. S. CARRIERS, INC.  C. A. 6th Cir. Certiorari denied.

No. 05–6271.  TORRES v. RUNNELS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–6272.  SMITH v. BRANCH BANKING & TRUST CO. ET AL. C. A. 4th Cir.  Certiorari denied.

No. 05–6273.  CIAPPINA v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 05–6274.  CAMPBELL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–6277.  CONSIGLIO v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 05–6285.  BAGBY v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 05–6287.  WILLIAMS v. TEXAS.  Ct. App. Tex., 2d Dist. Certiorari denied.

No. 05–6288.  WILLIAMS v. ARKANSAS DEPARTMENT OF CORRECTION.  Sup. Ct. Ark.  Certiorari denied.

No. 05–6297.  WOMACK v. TEXAS.  Ct. App. Tex., 13th Dist. Certiorari denied.

No. 05–6298.  NURNBERG v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–6299.  EDISON v. WEST VIRGINIA ET AL.  C. A. 4th Cir. Certiorari denied.

No. 05–6312.  SALSEDO PEDROZA v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.